Submitted September 30, 2020, affirmed July 21, petition for review denied November 24, 2021 (368 Or 787)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DAISY NATHALIE CERVANTES,
aka Daisy Cervantes,
aka Daisy Natalie Cervantes,
*Defendant-Appellant.*

Umatilla County Circuit Court
18CN04532; A170825

491 P3d 93

Karsten H. Rasmussen, Senior Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Laura A. Frikert, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Joanna Hershey, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Hadlock, Judge pro tempore.

PER CURIAM

Affirmed. *State v. Guzman-Vera*, 305 Or App 161, 469 P3d 842, *rev den*, 367 Or 115 (2020).